AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

**MR** **RECEIVED KG**
04/08/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PAUL DONNELL TAYLOR
_Petitioner_

v.

SHERIFF THOMAS DART et al.,
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. 1:25-cv-3833
Judge Rebecca R. Pallmeyer
Magistrate Judge Gabriel A. Fuentes
Cat 3 Direct assignment pc10
_(Supplied by Clerk of Court)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: TAYLOR; PAUL DONNELL
   (b) Other names you have used: NONE
2. Place of confinement:
   (a) Name of institution: COOK COUNTY DEPARTMENT OF CORRECTIONS.
   (b) Address: 2700 So. CALIFORNIA, AVE; DIVISION 6 - 2D-115 CHICAGO, IL 60608
   (c) Your identification number: 2024 1019014 / 0494049 / N-72159
3. Are you currently being held on orders by:
   ☐ Federal authorities  ☒ State authorities  ☐ Other - explain:
   COUNTY OF COOK, STATE OF ILLINOIS
4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☒ Other (explain): NUMBER 4 IS CORRECT. HOWEVER, THE STATE PROSECUTOR IN BOND COURT AND/OR PRE-TRIAL RELEASE HEARINGS; THE CASES 05CR2349501 (THEFT) & 14CR1866901 IS DEPRIVING ME MY LIBERTY INTEREST WITHOUT DUE PROCESS OF LAW (-16-1218)

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

☑ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☑ Disciplinary proceedings
☐ Other (explain): BOTH THE PETITIONER, HAVE NEWLY DISCOVER EVIDENCE THAT, IF THE JURY WOULD HAVE SEEN THE PHOTOGRAPH THAT THE STATE DID NOT GIVE THE PETITIONERS AT THE DISCOVERY STAGE. S.CT 42(V) It's Exculpatory

6. Provide more information about the decision or action you are challenging: EVIDENCE, IF JURY SAW IT WOULD BE A DIFFERANCE VERDICT.
   (a) Name and location of the agency or court: CRIMINAL COURT BUILDING JUDGE WADAS Room 502 1-15-3557
   (b) Docket number, case number, or opinion number: ORIGINAL 14-CR136901-1-16-2434,
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): DEPRIVED WITNESSES & THEIR IS NO APPEAL PROCESS AS OF NOVEMBER 1st 2017 See Exhibit C) Cook County DOC Handbook PAGE (33) Line (6) 84) I'm DEPRIVED My LIBERTY INTEREST BY BEING IN A GREE JUMPSUIT UNTIL I LEAVE. No Limit
   (d) Date of the decision or action: DECEMBER 6 2024 DISCIPLINARY REPORT DECEMBER 9th 2024 GUILTY (DIS)

7. **Your Earlier Challenges of the Decision or Action**
   **First appeal** DEPRIVED TIME TO PREPARE. THE TICKET (D.R.) WAS BROUGHT THE SAME DAY I RECEIVED THE TICKET (D.R.)
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes    ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: SEE ABOVE ON (DISCIPLINARY PROCEDURES) DISCIPLINARY HEARING OFFICER; REFUSED HIS NAME,
   (2) Date of filing: ON 05 CR 23495 01 2010- 2016 - AND CORRUPTION!
   (3) Docket number, case number, or opinion number: 1-10-1250-1-16-1218-NOW!
   (4) Result: FAILURE TO CORRECT BY All ASSIST- D.D.'S & APPELLANT
   (5) Date of result 2010 - 2016 - 2018 NOW WITH you!!
   (6) Issues raised: INEFFECTIVE ASSISTANCE OF COUNSEL; PROSECUTORIAL MISCONDUCT; JUDICIAL MISCONDUCT, ON THE 05CR234 9501. PETITIONER SPENT APPROXIMATELY FOUR YEARS; WAITING ON A MOTION TO QUASH ARREST AND SUPPRESSION OF EVIDENCE, AND/OR MOTION ON SUGGESTIVE SHOW UP, THE PETITIONER NEVER WANTED TO PLEA of GUILTY, BUT THE ONLY WAY I GO HOME SAID PAUL CHRISTERSON, IS THIS PLEA - JUST SIGN IT!
   (b) If you answered "No," explain why you did not appeal: TO CONTINUE THE JUDGE JOE GAINER, JR. VIOLATED S.CT RULE 402(a)(d) ON FACTUAL DETERMINATION SEE AFFIDAVIT

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes    ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: 160 N LASALLE, CHICAGO, IL 60601 AND THROUGH JAIL DONT KNOW IT WAS RECEIVED

(2) Date of filing: 2016 - TWICE 1-15-3557

(3) Docket number, case number, or opinion number: 1-16-2484 1-16-1218

(4) Result: DID NOTHING.

(5) Date of result: DONT REMEBER

(6) Issues raised: JUDICIAL MISCONDUCT 1-15-3557-1-16-2484 ORIGINAL CASE 14CR1366101 REFUSSED EVIDENTIARY HEARING BEFORE TRIAL. AND PHOTOGRAPHS WAS WITHHELD & I LOST AS A RESULT OF IT, BRADY VIOLATION ON THE STATE BEHALF. AND THE JUDGE WADAS MADE COMMETS AND STATED THATS NOT TRUE. WHEN HE COULD HAVE SAID SIDEBAR. THE SENTENCE TO EXTEND WAS EXCESSIVE AND VIOLATES THE 8th AMENDMENT TO THE U.S. CONST. of AMERICA.

(b) If you answered "No," explain why you did not file a second appeal: I SENT It WHEN I WAS INCARCERATED AND 2020-2021 DECEMBER/JANUARY I WAS IN DIVISION 10 COOK COUNTY. I NEVER HEARD ANYTHING BUT IT SEEMS NO ONE IS LISTENING TO ME BECAUSE I'M A LAWYER

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes BUT ☐ No ON 05CR2349501 IN WHICH NO ONE WANTS TO TOUCH THIS CASE.

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: CRIMINAL COURT BUILDING 2650 So CALIFORNIA AVE. CHICAGO-IL 60608

(2) Date of filing: 2024 1-16-1218 & THE ONE IN 2024 OR 2023-?

(3) Docket number, case number, or opinion number: DONT KNOW BUT SEE ABOVE-

(4) Result: NO ONE IN COOK COUNTY WANTS TO TOUCH THIS CASE.

(5) Date of result: 2016 - 2010 - 2022 - OR 2023, & 2024.

(6) Issues raised: INEFFECTIVE ASSISTANCE OF COUNSEL; PROSECUTORIAL MISCONDUCT; JUDICIAL MISCONDUCT. NO MOTIONS IN FOUR 4 YEARS FRIVOLOUS CONTINUES & VIOLATING MY 6th AMENDMENT RIGHT TO A SPEEDY TRIAL. TO THE U.S. CONST. TO THE U.S. CONSTITUTION OF AMERICA. THIS IS THE STATE OF ILL AND THE D.A OFFICE. NO REASON BUT TO HOLD THIS AGAINST ME, SO I CAN COP A PLEA - DEAL, AND THE JUDGE GAINER, JR. DEPRIVED ME A RIGHT TO REPRESENT MYSELF.

(b) If you answered "No," explain why you did not file a third appeal: BUT WHEN I PLEAD GUILTY HE LET ME REPRESENT MYSELF, WHEN I DONT HAVE A RIGHT TO. I WOULD SEE ALL THE MOTIONS I FILED, NO HEARING ON NONE. I FILED AT LEAST

10. **Motion under 28 U.S.C. § 2255** — 3 or 4 MOTIONS, ONE INDICTMENT, TO QUASH; 3 ONE
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☒ Yes ☐ No — TO APPOINT COUNSEL OTHER THAN THE P.D.

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
☐ Yes ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

THEIR IS NO MORE LAW LIBRARY. YES NO MORE LAW LIBRARY. THEY BRING OUR STAFF I JUST WENT TO COURT YESTERDAY ON THE NEW CASE THEY NEVER TO A PICTURE TOOK A PHOTO AND REPRINTED ME. THIS IS ANOTHER THING. THE STATES ATTORNEY LEAVE IT TO THE ATTORNEY ASSIST PUBLIC DEFENDER CASE N° CB30440333 SEXUAL MISCONDUCT. NO FINGER PRINT. NEW CHARGES. ONCE AT COURT I'M IN THE GREEN JUMP SUIT FROM THE TIME I ARRIVE UNTIL THE TIME I LEAVE, I'M IN HANDCUFFS, UNTIL THE THE REST OF MY LIFE. SEE ONCE YOU LIVE AND COME BACK YOU BACK IN THE SUIT.

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence? — YOUR IN A BLUE BOX. ITS HANDCUFFS THATS ON YOUR CHEST
☐ Yes ☒ No — SO YOU LOOK LIKE YOU DID IT.

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

But I will use this space to explain that my new case is still opened. I know that their involved in criminal activities. Because they did not know I knew law the way I do, and did not know to the degree of how much. So their trying to convict me just to put me through the system. And don't want you say anything. Like we are literally chained to the table against the rules & regulations of Bell vs Wolfish & no appeal process. No standards of jail supports this but the break the rules every day. They even break the law.

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: I've waited for response but lost hope. I'm challenging everything. They harass me through the assistant public defenders & Cook County employees know I don't have a lawyer. So they know the risk. I know alot about the law. But they do not like that they stay all the time for just to oppress you. We do not have 725 ILCS 5/103.5

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised: Need space. I need an attorney because they do not have an outside attorney other than the Cook County Public Defenders office. Their is a conflict of interest. They will not discharge their duties to correct a wrong, they wether their wrong they will not correct the wrong because it shows the Assistant P.D. up. So I'm suffering irreprable harm as results to their willfull neglect of duty.

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes   ☐ No

If "Yes," provide:
(a) Kind of petition, motion, or application: Post Conviction Relief but the
(b) Name of the authority, agency, or court: Judge Wadas refuses to give me a attorney other than a public defender, was not
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** THE OFFENSE OF RESIDENTIAL BURGLARY IS NOT THE CHARGE THAT THE 720 ILCS 5/19(3) TO COMMIT A RESIDENTIAL BURGLARY ONE MUST ENTER WITHOUT AUTHORITY. I WAS NEVER IN A HOUSE AND NO ONE SAID I WAS IN A HOUSE. SO HOW IS IT RESIDENTIAL BURGLARY?

(a) Supporting facts (Be brief. Do not cite cases or law.):
THEIR WAS NO EXIT NOR, ENTERY ONLY ITEMS THAT WAS NOT ON THE PETITIONER 4 FOUR DAYS LATER, THE VICTIMS RECOVERED ALL ITEMS BUT 200.00 DOLLARS IS STILL MISSING. BUT NO ONE WITNESS PETITIONER OF 200.00 IS NOT A FELONY. AND THE PETITIONER DISAGREE TO USE FOOTAGE THAT HE IS STEALING A BEER BUT NOT CHARGED WITH STEALING IT SO HOW CAN YOU ALLEGE

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes  ☐ No

**GROUND TWO:** IM USING IT NOW BECAUSE THE NEW SLAVERY. DO NOT GIVE A DEFENDANT HIS CONSTITUTIONAL RIGHTS UNTIL HE APPEAL IT. YOU HAVE TO GET YOUR CONSTITUTIONAL RIGHTS OF DUE PROCESS AND/OR RIGHT TO COUNSEL & RIGHT TO THE EFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Be brief. Do not cite cases or law.):
NO COUNSEL AT THE PRELIMINARY STAGE, EVEN THOUGH THE PLAINTIFF WAS INDICTED. ITS A DUPLICATE INDICTMENT WITH NO CONSULTATION 725 ILCS 5/103.4 (RIGHT TO CONSULT WITH ATTORNEY). SEE MY DEPRIVATION OF SUBSTANTIAL DUE PROCESS BY THE 5th & 14th AMENDMENT SECTION (1) IN CONJUNCTIVE WITH 6th AMENDMENT RIGHT TO COUNSEL 05CR234950I

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☐ No    05CR234950I

**GROUND THREE:** THE STATE PROSECUTORIAL MISCONDUCT. BY FAILURE TO CORRECT AND ASSISTING IN THE CORRUPTION WILLFULLY, INTENTIONALLY, MISCONDUCT & MALICIOUS PROSECUTION. THERE ARE NI PROVING THE CASE 05CR234950 THEFT FROM RESIDENTIAL BURGLARY

(a) Supporting facts (Be brief. Do not cite cases or law.):
YES THE POST-CONVICTION RELIEF BUT NO ANSWER. AND JUDGE GARNETT JR. DENIED THE MOTION TO WITHDRAW PLEA-BARGAIN, & HABEAS CORPUS; & POST-CONVICTION. 604d S.CT. THE PUBLIC DEFENDER(S) LINDA LINDSEY FAILURE TO CERTIFICATE AND CONSULT WITH ME BUT FILED A FINLEY MOTION TO WITHDRAW AS ATTORNEY

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes  ☐ No

14CR1306901

**GROUND FOUR:** 412 S.CT. Rule V WAS VIOLATED BRADY VIOLATION. THIS WAS DISCOVERED ALMOST BEFORE HEARING STAGE CLOSED. HOWEVER I TOLD THE APPELLANT ATTORNEY AND HE DID WANT TO ARGUE I FEELING LIKE IT WAS TO LATE. BUT I'M SUFFERING THE

(a) Supporting facts (Be brief. Do not cite cases or law.): IRREPREBLE HARM, MY CONVICTION KEEP COMING UP. PROSECUTORIAL MISCONDUCT, WITHOLDING PHOTOGRAPHS, THAT IS NEWLY DISCOVERED EVIDENCE. THAT WAS THE MAIN EVIDENCE THAT, IF THE JURY WOULD HAVE SEEN IT THEY WOULD HAVE ACQUITTAL ME. THE JUDICIAL MISCONDUCT LETTING THE DEFENDANTS WIN ON A MOTION QUASH ARREST SUPPRESSION OF EVIDENCE.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☒ No

14CR1111301 (STILL GOING) I'm DOING IT NOW

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I DEPEND ON THE ASSISTANT PUBLIC JOSEPH STACHLER, ON THIS CASE TO CORRECT HE WANT, HE WONT EVEN FILE FOR A MOTION CHALLENGE THE MISLEADING INDICTMENT THAT, WAS THE JURY IMPROPERLY SELECTED

**Request for Relief**

15. State exactly what you want the court to do: REVERSE AND DISMISS WITH PREJUDICE, INJUNCTIVE RELIEF REMOVED FROM MY RECORD & DECLARATORY RELIEF STATING ACTUAL INNOCENCE, RESTORE MY RIGHTS, THE ASSISTANT PUBLIC DEFENDERS MUST BE RULE INEFFECTIVE ASSISTANCE OF COUNSEL, PROSECUTORIAL MISCONDUCT, AND JUDICIAL MISCONDUCT, THAT DEFENDANT DUE PROCESS OF LAW, HIS FIRST AMENDMENT RIGHT TO PETITION, REDRESS, SPEACH, AND RIGHT TO SELF INCRIMINATION, RIGHT TO COUNSEL, RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL, &. RIGHT TO COMPULSORY PROCESS, RIGHT WENT TO THE UNITED STATES CONSTITUTION OF AMERICA. C-LENCE, STOP EMBARASSING ME WITH SEX ABUSE CASE TO DEPRIVE ME OF MY LIBELTY INTEREST WITH NO DUE PROCESS OF LAW, THE CASE IS 1993 THIS IS BACK TO FAR AT ANY BOND HEARING OR ANY OTHER.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3/15/2025

PAUL DONNELL TAYLOR
Signature of Petitioner

(PRO-PER)
Signature of Attorney or other authorized person, if any

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**PAUL DONNELL TAYLOR**
(Full name under which convicted)
PETITIONER

Prisoner Number: **N-72159 / 20241014**

vs.

**THOMAS DART**
**MR. CLIMICK**
(Warden, superintendent, or authorized person having custody of petitioner)
RESPONDENT, and

(Fill in the following blank only if judgment attacked imposes a sentence to commence in the future.)

ATTORNEY GENERAL OF THE STATE OF **ILLINOIS**
(State where judgment entered)

Case Number: **24 CR 11301** (Supplied by Clerk of this Court)

**05 CR 2349501**

Case Number of State Court Conviction:
**14 CR 1366901**
**05 CR 2349501**

### PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: **2650 S CALIFORNIA AVE, COOK COUNTY, CHICAGO, IL 60608**

2. Date of judgment of conviction: **JANUARY 5 2009 / OCTOBER 15th 2015**

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known): **05CR2349501 / 04-CR1366901 THEFT/From RESIDENTIAL BURGLARY / DAMAGE PROPERTY, GOV.**

4. Sentence(s) imposed: **10 OR 5 YEARS EXTENDED ? CASE No. # 05 CR 2349501 JUDGE THOMAS V. GAINER, JR., 6 YEARS 14CR1366901 EXTERM**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. What was your plea? (Check one)   ☐ Not guilty   ☑ Guilty   ☐ Nolo contendere
   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details: **Its CRIMINAL ACTIVITIES DIFFERANT NUMBERS**

## PART I – TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):   ☐ Jury   ☑ Judge only
2. Did you testify at trial?   ☐ Yes   ☑ No
3. Did you appeal from the conviction or the sentence imposed?   ☑ Yes   ☐ No
   (A) If you appealed, give the **APPELLANT COURT 160 N. LASALLE CHICAGO**
   (1) Name of court: **CRIMINAL COURT BUILDING POST-CONVICTION**
   (2) Result: **N THEY KNOW PEOPLE AND DON'T WANT THEM IN TROUBLE**
   (3) Date of ruling: **DON'T KNOW Rule 23 I WANT OPEN TO THE PUBLIC**
   05CR23495 (4) Issues raised: **#1 INEFFECTIVE ASSISTANCE OF COUNSELOR, MRS BRETT MORGAN BALMAR, JOSEPH BERRY SIMBERG, MRS CHRISTI ANN CARBELLA, MR VICTOR ERBING, MRS. LINDA LINDSEY. FOR PUBLIC OPINION**
   (B) If you did not appeal, explain briefly why not: **NO ONE WOULD HELP ME. VICTOR ERBING DID NOT WANT ME TO ALLEDGE INEFFECTIVE. GEORGE FLOYD NO ONE WANTS TO GO AGAINST EACH OTHER.**

4. Did you appeal, or seek leave to appeal, to the highest state court?   ☐ Yes   ☑ No
   (A) If yes, give the **CCDOC WILL NOT MAIL (PLEASE SEE EXHIBIT A)**
   (1) Result: **DENIED A S.CT. R 604(d) I WAS FORCED TO (B) Guilty.**
   (2) Date of ruling: **JANUARY 5th 2009 By FORCE.**
   (3) Issues raised: **MISCONDUCT BY JUDGE THOMAS V. GAINER JR, HE PUT HIS HANDS UP AND TOLD ME DON'T SPEAK AT THE SENTENCING, I NEVER WANTED A PLEA. BEEN IN THE COOK COUNTY JAIL FOUR YEARS ON A RESIDENTIAL BURGLARY NO MOTIONS**
   (B) If you did not appeal, explain briefly why not: **I'M NOT SUPPOSE TO REPRESENT MY SELF ON APPEAL PERIOD SEE POWELL VS ALABAMA**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. Did you petition the United States Supreme Court for a writ of *certiorari*?
   ☑ Yes    ☐ No

   If yes, give (A) date of petition: __2011/17 No,# 11-82-71__

   (B) Date *certiorari* was denied: __YES__    **PART II – COLLATERAL PROCEEDINGS**

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?
   ☑ Yes    ☐ No

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):
   A. Name of court: __2650 S. CALIFORNIA AVE. CRIMINAL COURT BUILDING__
   B. Date of filing: __2010 - 2015 - 2016 - 2020 2023__
   C. Issues raised: __INEFFECTIVE ASSISTANCE OF COUNSEL, PROSECUTORIAL MISCONDUCT, JUDICIAL MISCONDUCT, CRIMINAL ACTIVITY.__
   D. Did you receive an evidentiary hearing on your petition?    ☐ Yes    ☑ No
   E. What was the court's ruling? __JUST DENIAL WITH NO TRANSCRIPTS SET.__
   F. Date of court's ruling: __THIS IS STILL GOING ON__    402 (e)
   G. Did you appeal from the ruling on your petition?    ☑ Yes    ☐ No
   H. (a) If yes, (1) what was the result? __DENIAL__
         (2) date of decision: __CAN'T REMEMBER__
      (b) If no, explain briefly why not: __I GAVE UP BUT SEE BELOW.__

   __SEE AFFIDAVIT THEY USE THIS DEFRAUDED CASE TO DEPRIVE ME OF MY LIBERTY INTEREST 05CR23495.01__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

3

I FEAR FOR MY LIFE!

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. Did you appeal, or seek leave to appeal this decision to the highest state court?

☐ Yes  ☑ No

(a) If yes, (1) what was the result? NEVER MADE IT THE C.C.D.O.C. HINDER MY MAIL

(2) date of decision: EVERY TIME 05CR234950I came up

(b) If no, explain briefly why not: THE ENTIER Cook County IS AFTER ME I WAS SEXUAL ABUSE OF ABUSED BY OFFICER PAUL LORENZ ON SEPTEMBER 25th 2005 8:00/5:45 AM. I HAVE TRIED POST-CONVICTION - HEBEAS CORPUS ALL DENIED. I'M MAKING THE THREE ATTEMPT TO PETITION THE Supreme COURT BUT THEY LETIRALLY IS THROWING MY MAIL AWAY AND/OR HOLDING IT NOT TAKING IT TO THE MAIL ROOM. I CAUGHT THEM TWICE I WILL ENCLOSURE

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?

☑ Yes  ☐ No

A. If yes, give the following information with respect to each proceeding (use additional sheets if necessary):

1. Nature of proceeding POST-CONVICT-WRITT OF HEABEAS CORPUS.
2. Date petition filed JANUARY 2009 FEBURARY 2009
3. Ruling on the petition DENIED FEBURARY 29th 2010
4. Date of ruling By JUDGE GAINER, JR 05CR234950I
5. If you appealed, what was the ruling on the appeal? JUST UNNESSARY TNK TO COVER THEIR MISCONDUCT.
6. Date of ruling on appeal 2017/2018 NOT REVERSING IT
7. If there was a further appeal, what was the ruling? 14-CR1366901
8. Date of ruling on appeal ? WADAS DENYING BECAUSE OF HIS

MISCONDUCT GOING AGAINST HIS COURT ORDER TO ORDER THE SHERIFFS; TO HAVE ME COURT ORDER FOR 6 HOURS A WEEK. BUT I WAS REFUSED LAW LIBRARY ON MORE THAN ONE OCCASSION I WAS MADE AN EXCUSES NOT FOR ME TO GO. HE DENIED ME EX-PARTE TO CALL THE

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PERSON WHOM HE SAID STATED "THEY WENT BALLISTIC OVER GIVEN YOU COURT ORDER" HOW CAN ONE PARTY TALK TO THE JUDGE WADAS NOT ME.

SEE PAGE 9

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**? ☐ Yes ☑ No

   A. If yes, give name of court, case title and case number: _____

   B. Did the court rule on your petition? If so, state

      (1) Ruling: _____

      (2) Date: _____

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition? ☑ Yes ☐ No
   If yes, explain: YES CA 24 7111301 ON OCTOBER 10th 2024 IM ACCUESED RESIDENTIAL BURGLARY, 720 ILCS 5/19(a)(3) WITHOUT ME BEING IN ANY HOUSE; APT, GARAGE, DWELLING IN WITHOUT AUTHORITY, WITH THE INTENT TO COMMITTE A THEFT. NO ONE RAISE THEIR RIGHT HAND UNDER OATH AND CAN SAY PAUL DONNELL TAYLOR WAS IN THEIR HOUSE; HOME; APT. NO STOLEN MERCHINDISE WAS EVER ON HIS PERSONS. NOR; CAUGHT HIM IN THE HOUSE. FOUR (4) DAYS LATER THEY STOP AN ARREST ME CAUSE THEY KNEW ME FROM 4 FOUR MONTH PRIOR FALSE ARREST, THEY ARE DOING THE SAME THING ON CASE No# 05CR2349501

**PART III – PETITIONER'S CLAIMS**

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

   **BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

   (A) Ground one DEPRIVATION OF MY 1ST 4th 5th 6th 8th 13th 14th
   Supporting facts (tell your story briefly without citing cases or law):
   AMENDMENT SECTION(I) DUE PROCESS CLAUSE TO THE UNITED STATES CONSTITUTION OF AMERICA.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**1A)** I HAVE TO ENCLOSE WHAT I HAVE BEEN GOING THROUGH TO MAIL THIS TO THE SUPREME COURT OF ILLINOIS 200 EAST CAPITAL BUILDING SPRINGFIELD, ILLINOIS 62701 I'M GOING TO LET YOU SEE FOR YOURSELF. NOW IN CUSTODY I TRYED TO SEND THIS PACKAGE OUT SENCE 2012 WHEN I CAUGHT OFFICER HUNTER; WITHHOLDING THE MAIL BASKET; FOR AT LEASE ONE WEEK AFTER I CONFRONTED THEY,

**(B) Ground two** THE CORRECTIONAL REHABILATATING OFFICER
Supporting facts:

MR, HAMELTON; HAND ME BACK THE GRIVANCE AND SAID "WE NOT DOING THIS!" I ALLEDGE FEDERAL BE THROWN AWAY; HINDERING/IMPEDEDING; ACCESS TO THE HONORABLE COURT. THIS IS STILL GOING ON. IN 2014 I WROTE LETTER NOR TO THE SUPREME COURT 2022 JANUARY ON CASE 20211193790I DRIVING UNDER INFLUENCE; DRIVING WHILE LICENCE WAS SUSPENDED, I BEAT CASES DECEMBER 2022 I WAS RELEASED 1-24-23 THIS NOW STILL EVERY TIME 05CR2349501 COMES UP MY PROCESS IS EMEATELY DELAY/STOP.

**(C) Ground three** THE LAW LIBRARIANS, MRS RICHARDSON, MRS BROWN;
Supporting facts: MR, KEEL; ALL PARTICIPATING IN NOT GIVING ME HARASSING ME ALL THIS IS IN PAUL DONNELL TAYLOR VS COOK COUNTY EMPLOYEE'S CASE? & PAUL DONNELL TAYLOR; VS EDWARD BURNETT PUBLIC DEFENDER CASE No.? IS THIS PARTICIPATING IN CRIMINAL ACTIVITIES. I SPEND A MONTH ASKING FOR A FEDERAL MANDAMUS TO BE REWARD 20,000,000 MILLION DOLLARS FOR THE WILLFULLY DEPRIVATION OF MY LIBERTY INTEREST IN VIOLATION OF MY 1st TO PETITION THE HONORABLE COURTS, AND 14th AMENDMENT SECTION I DUE PROCESS CLAUSE; 6th AMENDMENT I WAS DEPRIVE TO REPRESENT MY SELF FOR #4 FOUR YEARS. AND THE WILLFULY; PURPOSEFULLY; INTENTIONALLY; WANTON;

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

— TO DEPRIVE ME EFFECTIVE ASSISTANCE OF COUNSELOR THATS GUARANTEE BY THE 6th AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL A RIGHT TO COMPULSORY PROCESS; A RIGHT TO DUE DILIGENCE; A RIGHT TO JURY; A RIGHT TO SPEEDY TRIAL

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(D) Ground four: THIS CONSTITUTES A VIOLATION OF MY 6th AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF
Supporting facts: COUNSEL TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION TO THE UNITED STATE OF AMERICA. I WAS DEPRIVED A RIGHT TO CONSULT; A RIGHT TO A COMPULSORY PROCESS) BY REFUSING TO TALK TO MY ALIBI, MRS. MELEKA SMITH, THIS SHOULD BE IN THE LAST ATTEMPT FOR RELIEF SOUGHT SEE 1-16-1218 APPEAL & THE FINLEY MOTION TO WITHDRAW AS COUNSEL BECAUSE SHE DIDN'T SEE ANYTHING NO VIOLATIONS WOW! MRS. LINDA LINDSEY; WAS THE LAST INEFFECTIVE ASSISTANCE OF COUNSEL; NO MOTIONS FOR RELIEF SOUGHT AND/OR TO DISMISS INDICTMENT/OR WITHDRAW PLEA-OF GUILTY AND REVERSE FOR DISMISSAL.

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?

☑ Yes ☐ No  PLEASE SEE AFFIDAVIT, IN SUPPORT OF WRIT OF HABEAS CORPUS.

3. If you answered "NO" to question (2), state briefly what grounds were not so presented and why not: BUT I GOT BETTER BECAUSE SEE NO COOK COUNTY ASSISTANT PUBLIC DEFENDER; BRETT BALMAR, CHRISTINA CARBELLOS, JOSEPH SIMBERG; VICTOR ERBING; LINDA LINDSEY; BARRINGTON BAKER, CANDACE COLLINS, ALL DISREGARDED THEIR DUTIES; AS ASSISTANT BY THE 6th AMENDMENT — PUBLIC DEFENDERS!!!

**PART IV – REPRESENTATION**

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing INDICTED AND WAS NOT THERE ON RECORD
(B) At arraignment and plea BRETT MORGAN BALMAR; PLEA-OF GUILTY MRS CARBELLOS

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(C) At trial _14CR1366901-t-15-3557-t-16-2434_

(D) At sentencing _6 YEAR EXTENDED TERM_

(E) On appeal _1-15-1557-1-16-1218-14CR13_

(F) In any post-conviction proceeding _See 1-16-2434 - 1-16-1218_

(G) Other (state): _SENTENCING 05CR2349501 5 YEARS_

## PART V – FUTURE SENTENCE

_I DONT KNOW HOW YOU CAN GET 15YRS ON A FELONY_

Do you have any future sentence to serve following the sentence imposed by this conviction? _WHAT CLASS_

☐ Yes  ☐ No  _I DID 4 1/2 YEARS ON A 5YR BUT THIS IS THAT'S 90% OVER 85%_

Name and location of the court which imposed the sentence: _CRIMINAL COURT BUILDING 2650 So CALIFORNIA AVE CHICAGO, IL 60608_

Date and length of sentence to be served in the future _1-05-2009 05CR2349501_

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be _8-15-15 OR_ entitled in this proceeding.

Signed on: _3 / 1 / 2025_          _10-15-15_
         (Date)                 Signature of attorney (if any)

_14-CR1366901_

I declare under penalty of perjury that the foregoing is true and correct.   _RM 502_

_(signature)_
(Signature of petitioner)

_2024 1040 14 / N-72159_
(I.D. Number)

_COOK COUNTY DEPARTMENT CORRECTIONS 2700 So CALIFORNIA AVE CHICAGO, IL 60608_
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

8

Rev. 06/29/2016