OVER PUNISHED BY THE 8TH AMENDMENT EXCESSIVE FINES.

P3

DIV08-4A-10

**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV08-2024-27869 | N/A | 652883 | 102648CA9 | IL24351380 | 0494049 |

**INMATE INFORMATION**

| Inmate's Name (Print) *(Nombre del recluso Imprimir)*: | Inmate's DOB *(Fecha de nacimento)*: | Booking Number: | Division/Unit(Division/unidad): | Inmate's Living Unit(Unidad de vida): |
|---|---|---|---|---|
| Paul D Taylor | 9/8/1965 | 20241014014 | Division 8 RTU | In-Cell |

**INFRACTION INFORMATION**

| ☐ VERBAL WARNING ☐ FORMAL CHARGE | Date of Infraction: | Time of Infraction: | Location of Infraction (Lugar de la Infracccion): | Restitution Form Attached: |
|---|---|---|---|---|
| | 12/6/2024 | 3:13 PM | DIVISION 08 RTU | ☐ YES ☐ NO |

| NUMBER | CHARGE |
|---|---|
| 105 | Disorderly Conduct |
| 322 | Disrespect to Staff |
| 313 | Masturbation |
| 323 | Indecent Exposure |

■ DNA

**VICTIM / WITNESS INFORMATION**

| | | |
|---|---|---|
| ☐ Victim ☑ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | Paul D Taylor |
| ☑ Victim ☐ Inmate ☐ Witness ☑ Staff ☐ Other: | ☐ ID #: ☐ Star #: | L Robinson03 |

**INFRACTION NARRATIVE** *(Infraccion narrativa)*

On 6 DECEMBER 2024, I, Ofc Robinson #18894, was assigned to Division 08 RTU Tier 5F for the 1500-2300 HR shift. At approximately 1513 HRS, R\O observed IIC Taylor, Paul D. #20241014014 in the shower room, in full view of R\O at the officer desk, actively stroking his exposed penis in a up and down motion while maintaining eye contact with R\O. IIC Taylor ceased his actions once R\O stood up. R\O would like to press charges.

THE TRUETH IS THE BATH ROOM NOT SHOWER AREA.

**Material Confiscated/Evidence Bag Number** ***(Attach photocopy of evidence)*** *Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

I NEVER WAS AFFORD THE INCIDENT REPORT OR PHOTO'S, OR 48 HOUR TO PREPARE
WHY ISN'T A TWO WAY DOOR, NOT INSTALLED?
IN THE SALOONS, BARS, WESTERNERS HAD A TWO WAY DOOR!
WHY CAN YOU CAN SEE SOME ONE IN THE BATH ROOM?
WOLFF VS MCDONNELL, 418 U.S. (1974) MY RIGHT TO CALL
TO CROSS EXAIMED HER, WAS DENIED BY SLYVER C/O AND
THE DISCIPLINARY COORDINATOR REFUSED MY QUESTONAIRE?
THE OFFICER GUST, WAS DISHONEST BY STATING THAT HE
DELIVERED THE TICKET AT 12/06/24 AT 6:45:25. THE FIRST TIME,
I SAW THE TICKET, IS WHEN 12-09-24 THE COMMITTE BROUGHT IT.

NO DUE PROCESS REQUIREMENTS ART. I SEC(2) - OF STATE ILL CONSTITUTION. THE 14th AMENDMENT SEC. I

**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

**CLASSIFICATION UNIT**

| Inter-Agency Health Inquiry Submitted: ☐ YES ☐ NO ☐ DNA | If YES, Date Submitted: | Assesment Completed: ☐ DNA ☐ YES ☐ NO | If YES, where? ☐ Medical Health ☐ Mental Heatlh | Assesment Received: ☐ YES ☐ NO |
|---|---|---|---|---|

| Approved For Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA | Was Verbal Warning Issued: ☐ YES ☐ NO ☐ DNA |
|---|---|
| Placed in Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA<br>If YES, Date/Time<br>Location: | If Yes, Were Privileges Restricted ☐ YES ☐ NO ☐ DNA<br>Type of Priviledge adn Duration of Restriction(s): |

| Classification Unit Personnel *(Print)*: | Title: | Star # |
|---|---|---|
| | | |

| | JDE # | Signature: | Date: |
|---|---|---|---|
| Reporting Personnel's Name *(Print)*: Robinson03 L | 4857015 | /s/ Robinson03 L, JDE # 4857015 | 12/6/2024 5:10:00 PM |
| Reviewing Supervisor's Name *(Print)*: Collins02 W | 1112642 | /s/ Collins02 W, JDE # 1112642 | 12/6/2024 6:42 PM |
| Watch Commander *(Print)*: Gust J | 853092 | /s/ Gust J, JDE # 853092 | 12/6/2024 6:45 PM |

| Disciplinary Report Delivered to Inmate by *(Print Name)*: *(Informe disciplinario entregado al recluso por:)* | JDE Number: (Número JDE) |
|---|---|
| Gust J | 853092 |

| Date Delivered: *(Fecha de entrega:)* | Time Delivered: *(Tiempo de entrega:)* | Signature of Serving Staff Member: *(Firma del miembro del personal que sirve:)* |
|---|---|---|
| 12/6/2024 | 6:45:25 PM | /s/ Gust J, JDE # 853092 |

IF I ONLY SAW THE TICKET ON THE 12/09/2024 WHY IS IT EVEN MAKE A DIFFERANT(S) TO HAVE THE DATE 12/6/2024 TIME 6:45:25 ON THE TICKET? AND IF THE DISCIPLINARY COORDINATOR DON'T GIVE ME ALL THE INFORMATION FOWARD TO ME AND DELIVERED THE TICKET ON THE DAY HE READS IT TO ME, HOW IS THAT IMPARTIAL, FAIR, DUEPROCESS REQUIREMENTS? TO HAVE THE 48 HRS TO PREPARE, PREPARE FOR WHAT? IF YOUR DISCIPLINARY HEARING IS THE SAME TIME, AS THE DELIVERY OF THE TICKET, WHY CAN'T I PHYSICALLY READ IT MYSELF. I HAVE TO HAVE IT READ OUT LOAD TO EMBARASS ME AND FIND ME GUILTY

(FCN-85)(SEP 12) Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at ... PAGE 2 OF 2

NO APPEAL PROCESS / CALL NO WITNESS

WOLF VS MCDONNELL, 418 U.S. 539 (1974)

# CHAPTER 6 DISCIPLINE

Maintaining discipline among individuals detained is critical to your safety and security, as well as that of staff, other individuals detained and the CCDOC. There are different levels of rule violations that are based on the seriousness of the threat posed by the conduct. The sanctions you get, the amount of good time you lose or the amount of time you spend in Rehabilitation Unit (RU) housing, if found guilty, are based on the rule violation committed.

SEE LINE (6)

SEE LINE (9)

## The Disciplinary Process

What happens if you break the rules?

1. If a staff member has reasonable belief that you have committed a violation of CCDOC rules, the staff member will create a disciplinary report.
2. You will receive a copy of the disciplinary report and receive a disciplinary hearing to determine whether you are guilty or not guilty.
3. The disciplinary report will tell you what rule you broke and how you broke it. For violating certain rules, you may be sent to Rehabilitation Unit housing until your hearing.
4. If you are placed in Rehabilitation Unit housing and your hearing has not been conducted within 72 hours, your housing status will be reviewed. The disciplinary report does not expire after 72 hours. You will generally receive a hearing within eight days unless you are unable or unavailable for any reason to participate in a scheduled disciplinary proceeding.
5. If you remain on your living unit until your hearing, you will generally receive a disciplinary hearing within eight days unless you are unable or unavailable for any reason to participate in a scheduled disciplinary proceeding.
6. At the hearing, you will have the right to tell your side of the story, present evidence, and possibly call witnesses who have first-hand knowledge of the event.
7. The hearing officer will decide if you are guilty or not guilty of any charge.
8. Appropriate disciplinary action will be taken against you if you are found guilty of the charges. This could include sanctions, time in RU housing, restitution for damaged property, loss of good time, changes in your classification, and even criminal charges, which may lengthen your incarceration.
9. As of November 1, 2017, the CCDOC does not have an disciplinary appeal process. The Illinois Jail Standards do not require an appeal process.

## Disciplinary Actions and Consequences

1. **Loss of good time credit** - May occur as the result of certain infractions, including but not limited to; battery to staff, assault with bodily fluids, engaging in inappropriate sexual behavior, or possession of a weapon. If you are found guilty of one or more of these rule violations, it means you may not receive any sentencing credit for the days spent in the CCDOC awaiting trial or disposition of your case, which means you will be incarcerated longer.

2. **Aggravation of sentence** - Your institutional disciplinary record may be included at the sentencing phase of your criminal case if you are found guilty of any criminal charge.

EXHIBIT (D-P)

THIS IS MY QUESTIONARE,

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
INDIVIDUAL IN CUSTODY GRIEVANCE FORM
(Formulario de Queja del Individuo bajo Custodi)

CONTROL # | Individual in Custody SHORT #

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF (! Para ser llenado solo por el personal de IIC Services !)

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance
DISCIPLINARY ADJUSTMENT COMMITTEE
☐ Cermak Health Services
☐ Superintendent: ____
☐ Other: ____

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME (Imprimir - Apellido del individuo): | PRINT - FIRST NAME (Imprimir – Primer nombre del individuo): | BOOKING NUMBER (#de identificación) |
|---|---|---|
| TAYLOR | PAUL | 20241014014 |
| DIVISION (División): 8 | LIVING UNIT (Unidad): 4A | DATE (Fecha): 12-9-2024 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

THIS WAS REFUSED.

## Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionados con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

TO ADJUSTMENT COMMITTEE, GIVING THIS AS MY RIGHT TO CALL WITNESS

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Especifico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 12-6-2024 | 3:15/3:30 | 5F Disciplinary Coordinator Refuse | Officer Robinson Disciplinary Officer Refuse To Take Witness |

1) To Officer; Witnesses Mrs C/O Robinson. Did you see I'm Paul Taylor; In The Bathroom Washing up? Queston Two 2) How Long Did you See Him Washing up? 3) How Long Before He Go From washing up To Washing His Private part? 4) What Did you Say To Him To Let Him Know you was Observing Him Doing Something Wrong? 5) The Inmate Disciplinary Procedure Says If you Observe A Inmate Doing Wrong and/or May Be In The Process of Breaking The Rule you Should Warrant Him/Her? 6) Did you See Any-thing Come out I'm Taylor Penis?

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o individuo que tengan información:)

SIGNATURE of Individual in Custody (Individuo bajo costodia): Paul Taylor

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW or CORRECTIONAL SUPERVISOR NAME (Print): | SIGNATURE: | DATE RECIEVED by STAFF: |
|---|---|---|
| | | |
| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |
| | | |

A) Willfully Depriving Paul Donnell Taylor of His Constitutional Rights of Liberty Interest Without Dueprocess of Law And Dueprocess Clause of The 5th & 14th Amendment Section (I) of, To, The United States Constitution To The United States Constitution of America.

B) Article I Bill of Rights
Section (2) Dueprocess And Equal Protection
No person shall be deprived of life, liberty or property without dueprocess of law nor be denied the equal protection of the laws.

C) Section (4) Freedom of Free Speach
All persons may speak, write and publish freely, being responsible for the abuse of that liberty. In trials for libel, both civil and criminal, the truth, when published with good motives and for justifiable ends, shall be a sufficient defense.

D) Section (5) Right To Assemble And Petition
The people have the right to assemble in a peaceable manner, to consult for the common good, to make know their opinions to their representative and to apply for redress of greivances.

This is the State Constitution as the same as the 1st Amendment Right to Petition peacefully assembly; Right to Redress and Grievance.

A



12-30-24 FAN8IS

P3

# COOK COUNTY SHERIFF'S OFFICE *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

## INMATE DISCIPLINARY REPORT *(INFORME DISCIPLINARIO INTERNO)*

DIV08-4H-D6

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV08-2024-29719 | N/A | 652883 | 102648CA9 | IL24351380 | 0494049 |

**INMATE INFORMATION**

| Inmate's Name (Print) *(Nombre del recluso Imprimir)*: | Inmate's DOB *(Fecha de nacimento)*: | Booking Number: | Division/Unit(Division/unidad): | Inmate's Living Unit(Unidad de vida): |
|---|---|---|---|---|
| Paul D Taylor | 9/8/1965 | 20241014014 | Division 8 RTU | In-Cell |

**INFRACTION INFORMATION**

| ☐ VERBAL WARNING ☐ FORMAL CHARGE | Date of Infraction: | Time of Infraction: | Location of Infraction (Lugar de la Infracccion): | Restitution Form Attached: |
|---|---|---|---|---|
| | 12/27/2024 | 9:45 AM | DIVISION 08 RTU | ☐ YES ☐ NO |

| NUMBER | CHARGE |
|---|---|
| 105 | Disorderly Conduct |
| 322 | Disrespect to Staff 14 DAYS PUNITIVE SEGREGATION |

■ DNA

**VICTIM / WITNESS INFORMATION**

| | | |
|---|---|---|
| ☐ Victim ☑ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | Alexis J Gonzalez |
| ☐ Victim ☑ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | Paul D Taylor |
| ☐ Victim ☐ Inmate ☑ Witness ☑ Staff ☐ Other: | ☐ ID #: ☐ Star #: | A Alvarez02 |

**INFRACTION NARRATIVE *(Infraccion narrativa)***

On 27 December 2024 R/O Alvarez #18951 was assigned to DIV 08 RTU Tier 4H for the 0700-1500 hour shift. At approximately 0945 hours, while Tier was being serviced by their assigned CRW, IIC Gonzalez, Alexis #2016 approached the tier door and addressed the CRW by her first name. She did not appreciate this and told him to not address her by her first name. IIC Gonzalez continued to address the CRW in a calm manner but disregarded her request. A short time later, IIC Taylor, Paul #20241014014 approached the tier entrance door extremely agitated with the CRW. He addressed her in a loud, frustrated manner airing several complaints towards the tier's CRW. Events captured on BWC (X60AY875D). Disciplinary reports will be generated. Sgt. Lombardi #3316 notified. Nothing further to report. Violation 105: IIC's actions were disruptive to the daily operations of Cook County Jail. Violation 322: IIC's actions were perceived as disrespectful to the CRW.

**Material Confiscated/Evidence Bag Number ( *Attach photocopy of evidence)* *Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas)*:**

NO ONE DELIVERED ANY TICKET, DISCIPLINARY REPORT. THIS IS NOT THE CODE OF CONDUCT TO HOLD THE HIGHEST STANDARD OF HONESTY? IS GIVING A INMATE A DISCIPLINARY SANCTION FOR THE SAME CHARGES; AND THE INMATE (I/M) GOT FOUND GUILTY OF BOTH #105/322 BUT NO SEGREGATION, BUT THE OTHER I/M GETS 14 DAYS IN PUNITIVE SEGREGATION IS THAT DISCRIMINAT-ION?

(FCN-85)(SEP 12) Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

PAGE 1 OF 2



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

CLASSIFICATION UNIT

Inter-Agency Health Inquiry Submitted: ☐ YES ☐ NO ☐ DNA | If YES, Date Submitted: ____

Assesment Completed: ☐ DNA ☐ YES ☐ NO If YES, where? ☐ Medical Health ☐ Mental Heatlh

Assesment Received: ☐ YES ☐ NO

Approved For Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA

Placed in Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA

If YES, Date/Time

Location:

Was Verbal Warning Issued: ☐ YES ☐ NO ☐ DNA

If Yes, Were Privileges Restricted ☐ YES ☐ NO ☐ DNA

Type of Priviledge adn Duration of Restriction(s):

| Classification Unit Personnel *(Print)*: | Title: | Star # |
|---|---|---|
| | | |

| | JDE # | Signature: | Date: |
|---|---|---|---|
| Reporting Personnel's Name *(Print)*: Alvarez02 A | 4856710 | /s/ Alvarez02 A, JDE # 4856710 | 12/27/2024 1:31:00 PM |
| Reviewing Supervisor's Name *(Print)*: Haddad R | 766872 | /s/ Haddad R, JDE # 766872 | 12/27/2024 1:46 PM |
| Watch Commander *(Print)*: Taylor-Barrios S | 770426 | /s/ Taylor-Barrios S, JDE # 770426 | 12/27/2024 2:14 PM |

| Disciplinary Report Delivered to Inmate by *(Print Name)*: *(Informe disciplinario entregado al recluso por:)* | JDE Number: (Número JDE) |
|---|---|
| Taylor-Barrios S | 770426 |

| Date Delivered: *(Fecha de entrega:)* | Time Delivered: *(Tiempo de entrega:)* | Signature of Serving Staff Member: *(Firma del miembro del personal que sirve:)* |
|---|---|---|
| 12/27/2024 | 2:14:40 PM | /s/ Taylor-Barrios S, JDE # 770426 |

IF THE CORRECTIONAL OFFICER C/O STATES THAT, HE GAVE YOU A TICKET BUT YOU NEVER SAW HIM, IS THAT UNTRUTHFULL/DISHONEST?

WHY HAVE A COOK COUNTY HAND BOOK IF YOU'RE NOT GOING TO FOLLOW THE RULES, PAGE (33) LINE (6) THAT, YOU HAVE THE RIGHT TO CALL WITNESSES BUT WHEN YOU REQUEST TO NOTHING HAPPENS; IS THAT A VIOLATION OF PROCEDURE/POLICY/RIGHTS/DUE PROCESS? DO YOU HAVE (48) HOURS OF 72 HOURS AFTER THE D.H.O DELIVER THE DISCIPLINARY REPORT D.R. TO PREPARE

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



13

**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

DIV08- 5A-10

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV08-2024-25742 | N/A | 652883 | 102648CA9 | IL24351380 | 0494049 |

**INMATE INFORMATION**

| Inmate's Name (Print) *(Nombre del recluso Imprimir):* | Inmate's DOB *(Fecha de nacimento):* | Booking Number: | Division/Unit(Division/unidad): | Inmate's Living Unit(Unidad de vida): |
|---|---|---|---|---|
| Paul D Taylor | 9/8/1965 | 20241014014 | Division 8 RTU | In-Cell |

**INFRACTION INFORMATION**

| ☐ VERBAL WARNING ☐ FORMAL CHARGE | Date of Infraction: | Time of Infraction: | Location of Infraction (Lugar de la Infracccion): | Restitution Form Attached: |
|---|---|---|---|---|
| | 11/13/2024 | 11:30 AM | DIVISION 08 RTU | ☐ YES ☐ NO |

| NUMBER | CHARGE |
|---|---|
| 105 | Disorderly Conduct |
| 219 | Disobeying or Resisting Orders |
| 408 | Inciting a Riot |

☑ DNA **VICTIM / WITNESS INFORMATION**

☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☐ Other: ____________ ☐ ID #: ____________ ☐ Star #: ____________

**INFRACTION NARRATIVE** *(Infraccion narrativa)*

On 13 Nov 24, I, R/Sgt. Bufford #3405 was assigned to Division 08/RTU on the 0700-1500 hrs. shift. IIC Taylor, Paul #20241014014 housed to Tier 5G was observed by Officer Bozeman exhibiting irate behavior and attempting to incite a riot with the other IICs from Tier 5G regarding his issues. Other IICs were not complying with his demands and was expressing their complaints to the tier officer. IIC Taylor will receive an disciplinary due to his behavior. End of Report. WHOM SAY I WAS ON REPORT WHOM? WHOM TOLD ME THAT I WAS BEING DISORDERLY BY DUE NOTICE.

Material Confiscated/Evidence Bag Number ( ***Attach photocopy of evidence)*** *Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

**CLASSIFICATION UNIT**

Inter-Agency Health Inquiry Submitted: ☐ YES ☐ NO ☐ DNA | If YES, Date Submitted: ____________ | Assesment Completed: ☐ DNA ☐ YES ☐ NO If YES, where? ☐ Medical Health ☐ Mental Heatlh | Assesment Received: ☐ YES ☐ NO

Approved For Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA
Placed in Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA
If YES, Date/Time Location:

Was Verbal Warning Issued: ☐ YES ☐ NO ☐ DNA
If Yes, Were Privileges Restricted ☐ YES ☐ NO ☐ DNA
Type of Priviledge adn Duration of Restriction(s):

| Classification Unit Personnel *(Print):* | Title: | Star # |
|---|---|---|
| | | |

| | Name | JDE # | Signature: | Date: |
|---|---|---|---|---|
| Reporting Personnel's Name *(Print):* | Bufford T | 1118007 | /s/ Bufford T, JDE # 1118007 | 11/13/2024 12:16:00 PM |
| Reviewing Supervisor's Name *(Print):* | Bufford T | 1118007 | /s/ Bufford T, JDE # 1118007 | 11/13/2024 12:16 PM |
| Watch Commander *(Print):* | Douge F | 835361 | /s/ Douge F, JDE # 835361 | 11/13/2024 12:31 PM |

| Disciplinary Report Delivered to Inmate by *(Print Name): (Informe disciplinario entregado al recluso por:)* | JDE Number: (Número JDE) |
|---|---|
| Douge F | 835361 |

| Date Delivered: *(Fecha de entrega:)* | Time Delivered: *(Tiempo de entrega:)* | Signature of Serving Staff Member: *(Firma del miembro del personal que sirve:)* |
|---|---|---|
| 11/13/2024 | 12:31:15 PM | /s/ Douge F, JDE # 835361 |



# COOK COUNTY SHERIFF'S OFFICE

## INMATE DISCIPLINARY REPORT – FINDINGS OF FACT AND DECISION

*OFICINA DEL ALGUACIL DEL CONDADO DE Cook*

*INFORME DISCIPLINARIO INTERNO – CONCLUSIONES DE HECHO Y DE DECISIÓN*

SF
EXHIBIT (A)

**INMATE INFORMATION** (*INFORMACIóN DEL RECLUSO*)

| Inmate's Name (Print) (Nombre del recluso) (imprimir): | ID # (Numero de identificación): | Inmate's DOB (Fecha de nacimiento): | Control Number (Numero de control): |
|---|---|---|---|
| TAYLOR, PAUL | 20241014014 | 9/8/1965 | 01108-2024-29742 |

| Date of Hearing (Fecha de audiencia): | Inmate Requested Witnesses (Recluso pidió a testigos): | Waive 24 Hr. Notice (Renunciar a 24 horas de aviso): | Representative/Interpreter (Representante/intérprete): |
|---|---|---|---|
| 11/15/24 | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

| Inmate Witness (Recluso testigo): | Living Unit (Unidad de vida): | Inmate Witness (Recluso testigo): | Living Unit (Unidad de vida): |
|---|---|---|---|
| | | | |
| Inmate Witness (Recluso testigo): | Living Unit (Unidad de vida): | Inmate Witness (Recluso testigo): | Living Unit (Unidad de vida): |
| | | | |

Inmate's Plea to Charge (Motivo del recluso a cargo):

☐ Guilty as Charged (Culpable de los cargos) ☑ Not Guilty (No culpable)

**INMATE'S STATEMENT REGARDING INFRACTION (Use continuation sheet if necessary) (Declaración del recluso respect a la infracción) (Use hoja complementaria en caso necesario):**

I DIDNT HAVE 24 HOURS. NONE OF THAT IS TRUE. THIS IS RETALIATION, CHECK MY GRIEVANCES. THIS IS RETALIATION, IT IS RELATED TO MY SCIATICA I DEFECATED OVER MYSELF, IT WAS EMBARRASSING TO ME.

**WITNESS' STATEMENT** (*Declaración de testigo*)

Witness' Signature (Firma del testigo recluso):

**DISPOSTION BY DISCIPLINARY HEARING BOARD** (*Disposición por la junta de audiencia disciplinarian*)

**It is the finding of the Disciplinary Hearing Board that (mark all that apply):**

Es la conclusion de la junta de Audiencia Disciplinaria que (marcar todo lo que aplique):

☑ **Guilty as Charged** (Culpable de los cargos) ☐ **Not Guilty** (No culpable) ☐ **Invalid Report** (Informe no válido) ☐ **72 Hours Expired** (72 horas caducado) ☐ **8 Days Expired** (8 días caducado)

**Disciplinary Hearing Board findings are based on the following**

(Resultados de la Junta de la Junta de Audiencia Disciplinaria se basan e lo siguiente):

☑ **Inmate's Reply/Disciplinary Report** (Informe de respuesta/disciplinarias del recluso) ☑ **Other** (Otros): VIDEO DIV 8 5-C12

**NARRATIVE** (Narrativa):

REPORT SUPPORTS FINDING
G 105
G 219
NG 407 2 DAYS RU TCC

Disciplinary Hearing Board Member's Signature: [signature] Date: 11/15/24

**DELIVERY OF FACTS AND FINDINGS TO INMATE**

| The inmate was provided with a copy of the Disciplinary Hearing Board's findings by: | | | | Staff Name (Print) |
|---|---|---|---|---|
| Date: | Time: | Division: | Living Unit: | Staff Signature: |

(FCN-78) (DEC 17)
WHITE- Disciplinary Hearing Board's copy PINK- Inmate's copy after charging YELLOW- Inmate's copy after hearing disposition

(P3)

**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

RTU-2F-D2-28

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV08-2024-23394 | N/A | 652883 | 102648CA9 | IL24351380 | 0494049 |

**INMATE INFORMATION**

| Inmate's Name (Print) *(Nombre del recluso Imprimir)*: | Inmate's DOB *(Fecha de nacimento)*: | Booking Number: | Division/Unit(Division/unidad): | Inmate's Living Unit(Unidad de vida): |
|---|---|---|---|---|
| Paul D Taylor | 9/8/1965 | 20241014014 | Division 8 RTU | In-Cell |

**INFRACTION INFORMATION**

| ☐ VERBAL WARNING ☐ FORMAL CHARGE | Date of Infraction: | Time of Infraction: | Location of Infraction (Lugar de la Infracccion): | Restitution Form Attached: |
|---|---|---|---|---|
| | 10/18/2024 | 7:30 PM | DIVISION 08 RTU | ☐ YES ☐ NO |

| NUMBER | CHARGE |
|---|---|
| 122 | Verbal Threat to an Inmate |
| 105 | Disorderly Conduct |
| 219 | Disobeying or Resisting Orders |

■ DNA

**VICTIM / WITNESS INFORMATION**

| Role | ID | Name |
|---|---|---|
| ☐ Victim ☑ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | Kendrick C McGregor |
| ☐ Victim ☑ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | Paul D Taylor |
| ☐ Victim ☐ Inmate ☑ Witness ☑ Staff ☐ Other: | ☐ ID #: ☐ Star #: | L OrtegaLeanos |

**INFRACTION NARRATIVE** *(Infraccion narrativa)*

On 18OCT24, R/O (Reporting Officer) Ortega Leanos was assigned to DIV08-2F for the 1500-2300hr shift. At approximately 1930 hours, IIC (Individual in custody) Taylor, Paul #20241014014 and IIC McGregor, Kendrick C were exchanging words and getting in each other's face in an aggressive manner. Multiple orders were given to both IIC's to stand down and go back to their assigned beds. All orders were ignored. Both IIC's continued arguing and making verbal threats to harm each other. R/O called for back up on the radio, once backup arrived both IIC's were secured and escorted off the tier. End of report.

Material Confiscated/Evidence Bag Number ***( Attach photocopy of evidence)*** *Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

FIRST TICKET 14 DAYS NO COMMISSARY ONLY HYGEINE; WRITING MATERIAL.
TICKET DOES NOT STATE WHAT VERBALL THREATS.
THE TICKET DOES NOT STATE THAT TAYLOR DID STAND DOWN.
THAT TAYLOR; WALKED AWAY AND WALKED TO THE DOOR WITH HIS HANDS UP IN THE AIR STATING "(I'M GONE)" BUT I WAS LEFTED ALL ALONG FOR HOURS WITH MY HANDS BEHINED MY BACK, WITH MY HANDCUFFS, WAS KILLING ME. PAIN & SUFFERING!

**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

**CLASSIFICATION UNIT**

| Inter-Agency Health Inquiry Submitted: ☐ YES ☐ NO ☐ DNA | If YES, Date Submitted: | Assesment Completed: ☐ YES ☐ NO ☐ DNA If YES, where? ☐ Medical Health ☐ Mental Heatlh | Assesment Received: ☐ YES ☐ NO |
|---|---|---|---|

| Approved For Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA<br>Placed in Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA<br>If YES, Date/Time Location: | Was Verbal Warning Issued: ☐ YES ☐ NO ☐ DNA<br>If Yes, Were Privileges Restricted ☐ YES ☐ NO ☐ DNA<br>Type of Priviledge adn Duration of Restriction(s): |
|---|---|

| Classification Unit Personnel *(Print)*: | Title: | Star # |
|---|---|---|

| Reporting Personnel's Name *(Print)*: | JDE # | Signature: | Date: |
|---|---|---|---|
| OrtegaLeanos L | 4859632 | /s/ OrtegaLeanos L, JDE # 4859632 | 10/18/2024 10:37:00 PM |
| **Reviewing Supervisor's Name *(Print)*:** | **JDE #** | **Signature:** | **Date:** |
| Norwood A | 4853587 | /s/ Norwood A, JDE # 4853587 | 10/18/2024 10:46 PM |
| **Watch Commander *(Print)*:** | **JDE #** | **Signature:** | **Date:** |
| Taylor-Barrios S | 770426 | /s/ Taylor-Barrios S, JDE # 770426 | 10/18/2024 10:59 PM |

| Disciplinary Report Delivered to Inmate by *(Print Name)*: *(Informe disciplinario entregado al recluso por:)* | JDE Number: (Número JDE) |
|---|---|
| Taylor-Barrios S | 770426 |

| Date Delivered: *(Fecha de entrega:)* | Time Delivered: *(Tiempo de entrega:)* | Signature of Serving Staff Member: *(Firma del miembro del personal que sirve:)* |
|---|---|---|
| 10/18/2024 | 10:59:19 PM | /s/ Taylor-Barrios S, JDE # 770426 |

NO WITNESSES; NO DISCOVERY FORWARD, NO NOT GUILTY WHEN THEIR WAS NOT A FIGHT! NO INCIDENT REPORT THAT, THE COORDINATOR, DISCIPLINARY HEARING OFFICER, HAVE THIS INFORMATION AND MAKE THEIR DETERMINATION OFF OF IT AND YOU'RE LEFT WITH FIGHTING A DIFFERANT ELOUSION, FRAUD, MISLEADING MISREPRETATION. OF THE TRUETH, WHOLE TRUETH NOTHING BUT THE TRUETH.

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



# COOK COUNTY SHERIFF'S OFFICE
## INMATE DISCIPLINARY REPORT – FINDINGS OF FACT AND DECISION
*OFICINA DEL ALGUACIL DEL CONDADO DE Cook*
*INFORME DISCIPLINARIO INTERNO – CONCLUSIONES DE HECHO Y DE DECISIÓN*

56

### INMATE INFORMATION (*INFORMACIóN DEL RECLUSO)*

| Inmate's Name (Print) (Nombre del recluso) (imprimir): | ID # (Numero de identificación): | Inmate's DOB (Fécha de nacimiento): | Control Number (Numero de control): |
|---|---|---|---|
| Taylor, Paul D | 20241014014 | 9/8/1965 | DIV08-2024-23394 |

| Date of Hearing (Fecha de audiencia): | Inmate Requested Witnesses (Recluso pidió a testigos): | Waive 24 Hr. Notice (Renunciar a 24 horas de aviso): | Representative/Interpreter (Representante/intérprete): |
|---|---|---|---|
| 10/21/2024 | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

| Inmate Witness (Recluso testigo): | Living Unit (Unidad de vida): | Inmate Witness (Recluso testigo): | Living Unit (Unidad de vida): |
|---|---|---|---|
| | | | |
| Inmate Witness (Recluso testigo): | Living Unit (Unidad de vida): | Inmate Witness (Recluso testigo): | Living Unit (Unidad de vida): |
| | | | |

Inmate's Plea to Charge (Motivo del recluso a cargo):
☐ Guilty as Charged (Culpable de los cargos) ☑ Not Guilty (No culpable)

### INMATE'S STATEMENT REGARDING INFRACTION (Use continuation sheet if necessary) (Declaración del recluso respect a la infracción) (Use hoja complementaria en caso necesario):

If you look at the video you'll see I'm trying to de-escalate. He got [illegible] and started [illegible] up. I got a little upset telling him to leave me alone and defend myself.

### WITNESS' STATEMENT *(Declaración de testigo)*

Witness' Signature (Firma del testigo recluso):

### DISPOSITION BY DISCIPLINARY HEARING BOARD *(Disposición por la junta de audiencia disciplinarian)*

It is the finding of the Disciplinary Hearing Board that (mark all that apply):
Es la conclusion de la junta de Audiencia Disciplinaria que (marcar todo lo que aplique):

☑ Guilty as Charged (Culpable de los cargos) ☐ Not Guilty (No culpable) ☐ Invalid Report (Informe no válido) ☐ 72 Hours Expired (72 horas caducado) ☐ 8 Days Expired (8 días caducado)

Disciplinary Hearing Board findings are based on the following
(Resultados de la Junta de la Junta de Audiencia Disciplinaria se basan e lo siguiente):

☑ Inmate's Reply/Disciplinary Report (Informe de respuesta/disciplinarias del recluso) ☐ Other (Otros): ____________

### NARRATIVE (Narrativa):

Report supports finding
[illegible]-106
[illegible]-123 14 day commissary restriction
[illegible]-219

Disciplinary Hearing Board Member's Signature: [signature]

Date: 10/21/2024

### DELIVERY OF FACTS AND FINDINGS TO INMATE

| The inmate was provided with a copy of the Disciplinary Hearing Board's findings by: | | | | Staff Name (Print) |
|---|---|---|---|---|
| Date: | Time: | Division: | Living Unit: | Staff Signature: |

(FCN-78) (DEC 17)
WHITE- Disciplinary Hearing Board's copy PINK- Inmate's copy after charging YELLOW- Inmate's copy after hearing disposition



4H

# COOK COUNTY SHERIFF'S OFFICE

## INMATE DISCIPLINARY REPORT – FINDINGS OF FACT AND DECISION

*OFICINA DEL ALGUACIL DEL CONDADO DE Cook*

*INFORME DISCIPLINARIO INTERNO – CONCLUSIONES DE HECHO Y DE DECISIÓN*

## INMATE INFORMATION (*INFORMACIóN DEL RECLUSO)*

| Inmate's Name (Print) (Nombre del recluso) (imprimir): | ID # (Numero de identificación): | Inmate's DOB (Fecha de nacimiento): | Control Number (Numero de control): |
|---|---|---|---|
| Jackson, Gracie | 2023071[illegible] | [illegible]/25/1992 | DWRS 2025-259 |

| Date of Hearing (Fecha de audiencia): | Inmate Requested Witnesses (Recluso pidió a testigos): | Waive 24 Hr. Notice (Renunciar a 24 horas de aviso): | Representative/Interpreter (Representante/intérprete): |
|---|---|---|---|
| 1/8/25 | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

| Inmate Witness (Recluso testigo): | Living Unit (Unidad de vida): | Inmate Witness (Recluso testigo): | Living Unit (Unidad de vida): |
|---|---|---|---|
| | | | |
| Inmate Witness (Recluso testigo): | Living Unit (Unidad de vida): | Inmate Witness (Recluso testigo): | Living Unit (Unidad de vida): |
| | | | |

Inmate's Plea to Charge (Motivo del recluso a cargo):

☐ Guilty as Charged (Culpable de los cargos) ☐ Not Guilty (No culpable)

## INMATE'S STATEMENT REGARDING INFRACTION (Use continuation sheet if necessary) (Declaración del recluso respect a la infracción) (Use hoja complementaria en caso necesario):

## WITNESS' STATEMENT *(Declaración de testigo)*

Witness' Signature (Firma del testigo recluso):

## DISPOSITION BY DISCIPLINARY HEARING BOARD *(Disposición por la junta de audiencia disciplinarian)*

**It is the finding of the Disciplinary Hearing Board that (mark all that apply):**

Es la conclusion de la junta de Audiencia Disciplinaria que (marcar todo lo que aplique):

☑ **Guilty as Charged** (Culpable de los cargos) ☐ **Not Guilty** (No culpable) ☐ **Invalid Report** (Informe no válido) ☐ **72 Hours Expired** (72 horas caducado) ☐ **8 Days Expired** (8 días caducado)

**Disciplinary Hearing Board findings are based on the following**

(Resultados de la Junta de la Junta de Audiencia Disciplinaria se basan e lo siguiente):

☑ **Inmate's Reply/Disciplinary Report** (Informe de respuesta/disciplinarias del recluso) ☐ **Other** (Otros): ______________

## NARRATIVE (Narrativa):

Report supports finding ✱Same to Christmas
G 105
G 207
G 219 10 DAYS RU
NG 372

Disciplinary Hearing Board Member's Signature: [signature] Date: 1/8/25

## DELIVERY OF FACTS AND FINDINGS TO INMATE

| The inmate was provided with a copy of the Disciplinary Hearing Board's findings by: | | | | Staff Name (Print) |
|---|---|---|---|---|
| Date: | Time: | Division: | Living Unit: | Staff Signature: |

(FCN-78) (DEC 17)

**WHITE-** Disciplinary Hearing Board's copy **PINK-** Inmate's copy after charging **YELLOW-** Inmate's copy after hearing disposition

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

#1 DR

CONTROL # | Individual In Custody SHORT #

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF (! Para ser llenado solo por el personal de IIC Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ______
- ☐ Other: ______

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME (Imprimir - Apellido del individuo): | PRINT - FIRST NAME (Imprimir – Primer nombre del individuo): | BOOKING NUMBER (#de identificación) |
|---|---|---|
| TAYLOR | PAUL | 20241014014 |
| DIVISION (División): 8 | LIVING UNIT (Unidad): 5A - | DATE (Fecha): |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

FIRST TIME I SEEN TICKET SEE VIDEO 11-15-24 9:30AM.

## Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

11-13-24 NEVER RECEIVED DR DISCIPLINARY REPORT

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 11-15-24 | APPROXIMATE 9:30AM | REC. AREA NO TICKET WAS GIVEN TO ME! | DISCIPLINARY HEARING OFFICER/COMMANDER DOUGE F. #835361 |

I JUST WANT THIS TICKET DIMISSED BECAUSE ITS IN VIOLATION OF MY STATE OF ILLINOIS ARTICLE (I) SETION (2) AND THE DUE PROCESS CLAUSE OF THE 14th AMENDMENT SECTION (I) THE RIGHT TO FUNDAMENTAL FAIRNESS. AT NOV. 15th 2024 I RECEIVED THE ADMINISTRATIVE HEARING OFFICER APPROXMATELY 9:30 AM THATS NOT (48) HOURS TO PREPARE FOR MY DEFENSE. THE WATCH COMMAN-DER WAS UNTRUEFULL STATING HE DELIVERED THE (DR) ON 11-13-24 AT 12:31:15 WELL SEE THE DISCIPLINARY HEARING OFFICER HEAR AND -GIVE ME THE TICKET FOR THE FIRST TIME. SEE VIDEO

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o individuo que tengan información:)

SIGNATURE of Individual in Custody: (Individuo bajo custodia): [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW or CORRECTIONAL SUPERVISOR NAME (Print): | SIGNATURE: | DATE RECIEVED by STAFF: |
|---|---|---|
| SGT. OVERLAND | [signature] #3432 | 17NOV24 |
| CRW NOTATION OF SENT EMAIL (Print): SEE BACK | | DATE EMAIL NOTIFICATION SENT: |

DISCIPLINARY CAN NOT
BE APPEALED



**COOK COUNTY SHERIFF'S OFFICE**

*(Oficina del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**

*(Formulario de Queja del Individuo bajo Custodi)*

DR

CONTROL # | Individual In Custody SHORT

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF — *(! Para ser llenado solo por el personal de IIC Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance
☐ Cermak Health Services
☐ Superintendent: ____________
☐ Other: ____________

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo)*: | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo)*: | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| TAYLOR | PAUL | 20241014014 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 8 | 5A | 11-15-2024 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 11-13-24 11-15-24 | 12:31:15 PM 9:30 10:00 AM | SEE VIDEO WHO TOLD ME I AN REPORT | DOUGE.F. I NEVER WAS TOLD YOU ARE ON REPORT, NO NOTICE OF DR ACTION |

ARTICLE XIII SECTION (3) YOU OATH I DO SILOMLY SWEAR TO UPHOLD THE STATE FEDERAL PROCEDURE TO THE CONSTITUTION, IS A OFFICER SUPPOSE TO BE WILLFULLY UNTRUEFULL, WILLFULLY; PURPOSEFULLY; WANTON, TO MAKE A FALSE STATEMENT TO DEPRIVE A PRE-TRIAL DETAINEE HIS LIBERTY INTEREST BY THE STATE ART I SEC 2 ILLINOIS DUE PROCESS OF LAW / 14th AMENDMENT SEC I DUE PROCESS CLAUSE TO THE U.S. CONST. OF AMERICA. IS IN VIOLATION OF IT AND THEY SHOULD BE PUNISHED & I SHOULD BE RELEASE WITH ALL MY RIGHTS

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo costodia):* |
|---|---|
| | [signature] Paul Taylor |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW or CORRECTIONAL SUPERVISOR NAME (Print): | SIGNATURE: | DATE RECIEVED by STAFF: |
|---|---|---|
| SGT. OVERLAND | [signature] #3432 | 12/10/24 |
| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |
| | | |

**COOK COUNTY SHERIFF'S OFFICE**

*(Oficina del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**

*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF — *(! Para ser llenado solo por el personal de IIC Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ________
- ☐ Other: ________

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo)*: | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo)*: | BOOKING NUMBER *(#deidentificación)* |
|---|---|---|
| Taylor | Paul | 2024-1014014 |
| **DIVISION** *(División)*: 8 | **LIVING UNIT** *(Unidad)*: 2-F | **DATE** *(Fecha)*: 11-12-2024 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para lo individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 10-16-24 | 10:30 | BRIDGEVIEW COURTHOUSE | PUBLIC DEFENDER UNKNOWN #104 |

PART TWO MISTREATMENT AND/OR RACIAL COMMENTS HE STATED "YOU GOT MORE TO WHERE ABOUT TRYING TO SCARE ME. I STATED I NEVER WENT IN OR OUT ANYONE. HE MADE ME SO UPSET I SAID THAT CRACKER SHIT, I HATE WHITE PEOPLE, OFFICER DOON STATED "YEAH ME TOO, THAT GO'S BOTH WAYS" WOW I SAID "CAN YOU BELIEVE THAT. YOU JUST CALL ME A NIGGER HE SMILED AND THAT WAS THAT. TO RESOLVE THIS MATTER. SUSPEND C/O DOON FOR ONE WEEK NO PAY!

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o individuo que tengan información:)* PUBLIC DEFENDER. UNKNOW RM #104

**SIGNATURE of Individual in Custody:** *(Individuo bajo costodia):* [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW or CORRECTIONAL SUPERVISOR NAME (Print): | SIGNATURE: | DATE RECIEVED by STAFF: |
|---|---|---|
| Hobbs | [signature] | 10/18/21 |
| **CRW NOTATION OF SENT EMAIL (Print):** | | **DATE EMAIL NOTIFICATION SENT:** |
| | | |

**COOK COUNTY SHERIFF'S OFFICE**

*(Oficina del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**

*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF** *(! Para ser llenado solo por el personal de IIC Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent:
- ☐ Other: I P Orange

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo)*: | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo)*: | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| Taylor, | Paul | 20241014014 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 6 | 2D | 1-31-2025 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| | | | |

I NEED TO GET OUT THIS DIVISION, I HAD TOO MANY THREATS. MY CELLY IS HOOD UP AND YELLING AT ME BECAUSE I GOT GAS. HE JUST USED THAT AS A EXCUESS TO YELL SO THE WHOLE POD CAN HEAR HIM, AND IT WORKS.

TO RESOLVE THIS I WANT SEGREGATION OR OUT THE WHOLE BUILDING.

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo costodia)*: |
|---|---|
| | Paul [signature] |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW or CORRECTIONAL SUPERVISOR NAME (Print): | SIGNATURE: | DATE RECIEVED by STAFF: |
|---|---|---|
| D Wilson | D. Wilson | 1/31/25 |
| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |
| | | |

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
(Formulario de Queja del Individuo bajo Custodi)

CONTROL # | Individual In Custody SHORT #

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF (! Para ser llenado solo por el personal de IIC Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ______
- ☐ Other: ______

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME (Imprimir - Apellido del individuo): TAYLOR | PRINT - FIRST NAME (Imprimir – Primer nombre del individuo): PAUL | BOOKING NUMBER (# de identificación) 20241014014 |
|---|---|---|
| DIVISION (División): 6 | LIVING UNIT (Unidad): 2P | DATE (Fecha): 1-31-2025 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

EXHIBIT (D)

REFUSSING U.S. MAIL

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Especifico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| SHIFT 1-28-25 UNTIL 1-29-25 | 6:50 PM | DIV 8 4H | OFFICER GALLOWAY SHIFT 11-7 |

ON THIS DAY AND TIME, WEDNSDAY 6:50 LOOK AT THE 11-7 OFFICER REFUSSED TO TAKE MY LEGAL / PRIVILEDGED MAIL TO THOMAS DART HEAD C.E.O SHERIFF, 50 W WASHINGTON ST, CHICAGO, ILL 60602. I'M AT THE DOOR BEGGING HIM TO TAKE IT, HE SAID NO AFTER I BEGGED HIM TO, THAT I'M ON TIME FRAMES, THAT HE NEED TO LEGALLY KNOW WHERE HE AND I STAND. OFFICER ASHLEY TOOK MY MAIL, BECAUSE HE DID, I EVEN TOLD HIM I WANT IT TO GO ON HIS SHIFT.

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o individuo que tengan información:)

SIGNATURE of Individual in Custody: (Individuo bajo costodia): [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW or CORRECTIONAL SUPERVISOR NAME (Print): D. Wilson | SIGNATURE: [signature] | DATE RECIEVED by STAFF: 2-4-25 |
|---|---|---|
| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
INDIVIDUAL IN CUSTODY GRIEVANCE FORM
(Formulario de Queja del Individuo bajo Custodi)

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF (! Para ser llenado solo por el personal de IIC Services !)

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: ____
☐ Other: ____

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME (Imprimir - Apellido del individuo): | PRINT - FIRST NAME (Imprimir – Primer nombre del individuo): | BOOKING NUMBER (#de identificación) |
|---|---|---|
| TAYLOR | PAUL | 20241014014 |
| DIVISION (División): 6 | LIVING UNIT (Unidad): 2P | DATE (Fecha): 1-31-2025 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter un apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

EXHIBIT (E)

REFUSSING U.S. MAIL

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| SHIFT 1-28-25 UNTIL 1-29-25 | 6:50 PM | DIV 8 4H | Officer Galloway SHIFT 11-7 |

ON THIS DAY AND TIME, WEDNSDAY 6:50 LOOK AT THE 11-7 Officer REFUSSED TO TAKE My LEGAL/PRIVILEDGED MAIL TO THOMAS DART HEAD C.E.O. SHERIFF, 50 W WASHINGTON ST CHICAGO, ILL 60602. I'm AT THE DOOR BEGGING HIM TO TAKE IT, HE SAID NO AFTER I BEGGED HIM TO, THAT I'M ON TIME FRAMES, THAT HE NEED TO LEGALLY KNOW WHERE HE AND I STAND. OFFICER ASHLEY TOOK MY MAIL, BECAUSE HE DID, I EVEN TOLD HIM I WANT IT TO GO ON HIS SHIFT.

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o individuo que tengan información:) | SIGNATURE of Individual in Custody: (Individuo bajo costodia): |
|---|---|
| | [signature] |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW or CORRECTIONAL SUPERVISOR NAME (Print): | SIGNATURE: | DATE RECIEVED by STAFF: |
|---|---|---|
| D. Wilson | [signature] | 2-4-25 |
| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |



COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
INDIVIDUAL IN CUSTODY GRIEVANCE FORM
(Formulario de Queja del Individuo bajo Custodi)

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF (! Para ser llenado solo por el personal de IIC Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ____
- ☐ Other: ____

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME (Imprimir - Apellido del individuo): | PRINT - FIRST NAME (Imprimir – Primer nombre del individuo): | BOOKING NUMBER (#de identificación) |
|---|---|---|
| TAYLOR | PAUL | 20241014 |
| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

EXHIBIT (E)

DEPRIVATION OF MEDICAL CARE!

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Especifico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 30-2... | ...AM | NOW DIV 6 P2 DIV 8 - 4H STARTED | DOCTOR DIV 8 NO |

I NEED A SHOT IN MY KNEE. MY RIGHT KNEE NEED MEDICAL SHOTS/STAIROIDS, I'M NOT RECEIVING THEM. I NEED A DON'T PLACE MY HANDS BEHIND MY BACK FOR A LONG TIME PERMIT. I HAD TWO SHOULDER SURGERYS AND THEY HURT VERY BADLY. I'VE HAD BLOODY STOOL, THREW UP BLOOD IN MY CELL WHEN I WAS IN PUNITIVE SEG. I'M NOW NOT RECEIVING MY PSYCOTROPIC MEDICATION. REFUSSED BY NURSE HENDRICK. TO RESOLVE CAN I SEE ANOTHER DOCTOR HERE

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o individuo que tengan información:) | SIGNATURE of Individual in Custody: (Individuo bajo costodia): |
|---|---|
| | Paul Taylor |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW or CORRECTIONAL SUPERVISOR NAME (Print): | SIGNATURE: | DATE RECIEVED by STAFF: |
|---|---|---|
| D. Wilson | D.W. | 1/3/25 |
| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |